# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MYNOR RENE RUANO

Criminal Complaint

CASE NUMBER: 07- 16 M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __October 14, 2006__ in the District of Delaware, defendant did:

illegally re-enter the United States

in violation of Title ___8___ United States Code, Section(s) ___1326(a)___.

I further state that I am a(n) __Supervisory Special Agent, United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement__ and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

_____
Signature of Complainant
William O. Horn
Supervisory Special Agent
Bureau of Immigration & Customs Enforcement
U.S. Department of Homeland Security

Sworn to before me and subscribed in my presence,

__Jan 30, 2007__ at   Wilmington, DE
Date                      City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                        Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Supervisory Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Supervisory Special Agent since October 1, 1997, when I was employed by the INS. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On or about October 14, 2006, ICE Wilmington received notification from Sussex Correctional Institution (SCI), in Georgetown, Delaware, that Mynor René RUANO was in custody at SCI, within the District of Delaware.

4. On January 30, 2007, Mynor René RUANO was turned over to ICE, upon his release from State of Delaware custody, and brought to the ICE office in Dover, DE. There, your affiant advised RUANO of his rights, in Spanish. Once advised of his rights, he signed a waiver of his rights and agreed to speak with your affiant. In a sworn statement, he admitted that his true and correct name is Mynor René RUANO, and that he was born in Guatemala. RUANO stated that he had been removed from the United States on two occasions, and that he had last entered the United States on or abour January 30, 2003, illegally.

5. On January 30, 2007, Mynor René RUANO was fingerprinted on an Integrated Automated Fingerprint Identification System (IAFIS) machine, and those fingerprints matched those of Mynor René RUANO, born in Guatemala, with Alien Number A78 272 971 and FBI Number 881742PB5. That record is in the name of Mynor René ROANO, and references Mynor René RUANO as an alias.

6. Your affiant has reviewed the alien file, A78 272 971, relating to RUANO, and found that the file contains two executed Forms I-205, showing that Mynor René RUANO was removed from the United States to Guatemala on December 28, 2000 and on November 21, 2002. Your affiant found no evidence of any filings for permission to reapply for admission to the United States after having been removed.

**WHEREFORE,** your affiant avers there is probable cause to believe that Mynor René **RUANO,** also known as Mynor René **ROANO,** a citizen and national of Guatemala, was last removed by ICE to Mexico on Novermb 21, 2002 and, prior to his reembarkation at a place outside the United States, the Secretary of Homeland Security had not expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement