AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| MYNOR RENE RUANO | CASE NUMBER: 07- 16M |

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest MYNOR RENE RUANO when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with illegal re-entry

in violation of Title __8__ United States Code, Section (s) _____1326(a)_____

Honorable Mary Pat Thynge
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

January 30, 2007    Wilmington, DE
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_844 King St Wilm DE_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-30-07 | William David DUSM | *[signature]* William Dave |
| DATE OF ARREST | | |
| 1-30-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE